UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SAVERGLASS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CAPITAL BRANDS, LLC,**<br><br>Defendant. | Civ. No. 2:13-cv-3861 (WJM)<br><br>**ORDER & JUDGMENT** |

**THIS MATTER** comes before the Court on Plaintiff Saverglass, Inc.'s unopposed motion for default judgment; for the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 16th day of December 2013, hereby,

**ORDERED** that Plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that Defendant, Capital Brands, LLC, together with its affiliated companies, divisions and their officers and directors, to the extent such individuals had actual notice of the action and the instant motion for default judgment (collectively "Further Entities") are hereby permanently enjoined and restrained from making, using, offering for sale, distributing, or importing within the United States any bottle or product embodying the subject matter of or otherwise infringing U.S. Patent No. D602,368, U.S. Patent No. D606,409; and it is further

**ORDERED** that Defendant Capital Brands, LLC shall destroy, and shall direct and cause the Further Entities to destroy, all products that they own or have in their

2

control that incorporate any design that infringes U.S. Patent No. D602,368 and/or U.S. Patent No. D606,409, including molds for such products.

/s/ William J. Martini<br>
**WILLIAM J. MARTINI, U.S.D.J.**